```
IN THE UNITED STATES DISTRICT COURT
  FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
```

```
RONALD HUGH HUTTON,              )
                                 )
            Plaintiff,            )
                                 )
    v.                            )
                                 )    1:23-cv-928
U.S. DEPARTMENT OF VETERANS       )
AFFAIRS, THE FORMER LANDLORD      )
AND THEIR BUINESS AFFILIATES,     )
and WRAL NEWS STATION             )
PERSONNEL,                        )
                                 )
            Defendants.           )
```

## ORDER

On October 31, 2023 the United States Magistrate Judge's Order and Recommendation ("Recommendation") was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 6, 7.) No objections were filed within the time prescribed by Section 636.

Therefore, the court need not make a <u>de</u> <u>novo</u> review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Order and Recommendation, (Doc. 6), is **ADOPTED. IT IS FURTHER ORDERED** that this action is **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B) for failing to state a claim upon which relief may be granted.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Seal, (Doc. 3), is **DENIED**.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 12th day of December, 2023.

                                                   /s/ William L. Osteen, Jr.
                                             United States District Judge